UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD J. HATCH,

        Petitioner,

v.                                      Civil Action No. 09-116 (RJL)

B.R. JETT, *Warden*,

        Respondent.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that respondent's Motion to Dismiss Petitioner's Petition for a Writ of Habeas Corpus [Dkt. #30] is **GRANTED**; and it is

**FURTHER ORDERED** that petitioner's Petition for Writ of Habeas Corpus [Dkt. #1] is **DENIED**; and it is

**FURTHER ORDERED** that petitioner's Motion to Clarify the Record [Dkt. #37] is **GRANTED** *nunc pro tunc*; and it is

**FURTHER ORDERED** that this civil action is **DISMISSED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

Date: March 16, 2012